# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Israel Wilds, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2014-001191

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Richland County
J. Michelle Childs, Post-Conviction Relief Judge

---

Opinion No. 27581
Heard October 7, 2015 – Filed October 14, 2015

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan Wilson and Senior Assistant
Attorney General David Spencer, both of Columbia, for
Petitioner.

Tara Dawn Shurling, of Columbia, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals'
decision in *Wilds v. State*, 407 S.C. 432, 756 S.E.2d 387 (Ct. App. 2014). We now
dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**